UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE PHARMACY SERVICES, LLC, individually and on behalf of all others similarly situated, | Chief Judge Crenshaw |
| Plaintiff, | Magistrate Judge Frensley |
| v. | Case No. 3:18-cv-00676 |
| MEDISCA INC., | |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Nashville Pharmacy Services, LLC, hereby dismisses this action without prejudice.

Dated: October 31, 2018.

Respectfully submitted,

/s/ Charles Barrett
Charles Barrett (#20627)
Benjamin C. Aaron (#34118)
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
cbarrett@nealharwell.com
baaron@nealharwell.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on October 31, 2018, a true and correct copy of the forgoing was served via the Court's CM/ECF system on the following counsel of record:

Sean G. Wieber
Kevin P. Simpson
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
SWieber@winston.com
KPSimpson@winston.com

D. Alexander Fardon
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
afardon@rwjplc.com

*Counsel for Defendant Medisca Inc.*

                              /s/ Charles Barrett
                              Charles Barrett