UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE PHARMACY SERVICES, LLC, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) NO. 3:18-cv-00676 |
| | ) CHIEF JUDGE CRENSHAW |
| v. | ) |
| MEDISCA INC., | ) |
| Defendant. | ) |

## ORDER

The Plaintiff has filed a Notice of Dismissal (Doc. No. 21.) Accordingly, this action is **DISMISSED without prejudice**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE